UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20955-CIV-LENARD

STEPHEN DONNELLY and JENNIFER
HIRNI, on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

MENU FOODS, INC., a New Jersey
Corporation, MENU FOODS INCOME
FUND, MENU FOODS HOLDINGS,
INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation,
CHEMNUTRA INC., a Delaware corporation,
CHEMNUTRA LLC, XUZHOU ANYING
BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE
IMPORT AND EXPORT COMPANY,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF FILING CONDITIONAL TRANSFER ORDER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE IS HEREBY given the Court that Defendants, MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS HOLDINGS, INC. and MENU FOODS MIDWEST CORPORATION, by and through their undersigned counsel, file the June 28, 2007 Conditional Transfer Order by Judicial Panel on Multidistrict Litigation transferring those Tag-Along Actions disclosed on Schedules CTO-20 and CTO-1, including *Donnelly v. Menu, et al.*, to the District of New Jersey.

{RDM/013804.0109/L4127951_1}1

Dated: July 3, 2007                     Respectfully submitted,

               By: ***/s/ Robert D. McIntosh***
                 Robert D. McIntosh (FBN: 115490)
                 Email: rdm@adorno.com
                 **ADORNO & YOSS LLP**
                 888 S.E. 3rd Avenue, Suite 500
                 Fort Lauderdale, Florida 33316-1159
                 Phone: (954) 523-5885
                 Fax: (954) 760-9531
                 Attorneys for Menu Defendants

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               By: ***/s/ Robert D. McIntosh***
                 Robert D. McIntosh (FBN: 115490)

**DONNELLY v. MENU FOODS,** *et al*
<u>**SERVICE LIST – 07-20955-CIV-LENARD**</u>

Scott R. Shepherd, Esq.
Shepherd, Finkelman, Miller & Shah, LLC
*Attonreys for Donnelly & Hirni*
4400 North Federal Highway
Lighthouse Point, Florida  33064
Telephone: 954-943-9191
Telefax: 954-943-9173
E-Mail: sshepherd@sfmslaw.com

Natalie Finkelman Bennett, Esq.
Shepherd, Finkelman, Miller & Shah, LLC
*Attorneys for Donnelly & Hirni*
35 East Street
Media, Pennsylvania  19063
Telephone: 610-891-9880
Telefax: 610-891-9883

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
*Attonreys for Menu Defendants*
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531
E-Mail: rdm@adorno.com

Mark J. Tamblyn, Esq.
Wexler Toriseva Wallace, LLP
1610 Arden Way, Suite 290
Sacramento, California  95815
Telephone: 916-568-1100
Telefax: 916-568-7890

Kenneth A. Wexler, Esq.
Wexler Toriseva Wallace, LLP
One North LaSalle Street, Suite 2000
Chicago, Illinois  60602
Telephone: 312-346-2222
Telefax: 312-346-0022

---

Stuart C. Talley, Esq.
Kershaw, Cutter & Ratinoff, LLP
980 9th Street, 19th Floor
Sacramento, California  95814
Telephone: 916-448-9800
Telefax: 916-669-4499

---

Renae Steiner, Esq.
Gustafson Gluek
650 Northstar East
608 Second Avenue South
Minneapolic, Minnesota  55402
Telephone: 612-333-8844
Telefax: 612-339-6622

---

Lawrence E. Feldman, Esq.
Lawrence E. Feldman & Associates
432 Tulpechocken Avenue
Elkins Park, Pennsylvania  19027
Telephone: 215-885-3302
Telefax: 215-885-3303

*Attorneys for Plaintiffs and The Class*