# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

June 28, 2007

TO INVOLVED COUNSEL

Re: MDL-1850 -- In re Pet Food Products Liability Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: July 13, 2007   (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
     Deputy Clerk

Attachments

JPML Form 39

Dockets.Justia.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1850

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-376 | Scott Stacey, et al. v. Nestle SA, et al. |
| **ARKANSAS WESTERN** | |
| ARW 4 07-4036 | Kirby Cooper v. Menu Foods Income Fund, et al. |
| ARW 5 07-5065 | Sandra L. Gray, et al. v. Menu Foods, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-1987 | Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al. |
| CAC 2 07-2060 | Dawn Howe v. Menu Foods Ltd., et al. |
| CAC 2 07-2253 | Lois Grady, et al. v. Menu Foods Income Fund, et al. |
| CAC 2 07-2338 | Kelly Finestone v. Menu Foods, Inc., et al. |
| CAC 2 07-2476 | Richard Chamberlain v. Nestle SA, et al. |
| CAC 2 07-2779 | Ken Wahl, et al. v. Menu Foods Income Fund, et al. |
| CAC 2 07-2964 | Jayne Englander, et al. v. Menu Foods Income Fund, et al. |
| CAC 5 07-398 | Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 07-654 | Cheryl Carver v. Del Monte Foods Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-1809 | Sherry Ingles v. Menu Foods, Inc., et al. |
| CAN 3 07-2665 | Diane Lowery v. Menu Foods Income Fund, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-705 | Robert Payne, et al. v. Menu Foods, Inc., et al. |
| CAS 3 07-706 | Diane Swarberg v. Menu Foods Holding, Inc., et al. |
| CAS 3 07-734 | Hayley Ford, et al. v. Menu Foods Income Fund, et al. |
| CAS 3 07-951 | John Colliard v. Menu Foods, Inc., et al. |
| **COLORADO** | |
| CO 1 07-736 | Emily Tompkins v. Menu Foods Midwest Corp., et al. |
| **FLORIDA MIDDLE** | |
| FLM 2 07-235 | Maria Teresa Ferrarese v. Menu Foods, Inc., et al. |
| FLM 6 07-803 | George Birney, et al. v. Menu Foods, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 1 07-20955 | Stephen Donnelly, et al. v. Menu Foods, Inc., et al. |
| **IDAHO** | |
| ID 1 07-160 | Larry Klimes, et al. v. Menu Foods |
| **ILLINOIS NORTHERN** | |
| ILN 1 07-2162 | Heather Amro v. Menu Foods Income Fund, et al. |
| ILN 1 07-2183 | Gary Bruski v. Menu Foods, Inc., et al. |
| ILN 1 07-2211 | Raymond Demith, et al. v. Nestle Purina Petcare Co., et al. |
| ILN 1 07-2237 | Sonja Foxe v. Menu Foods, Inc., et al. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 2 OF 3

**DIST. DIV. C.A. #**                **CASE CAPTION**

MASSACHUSETTS
  MA  1  07-10745            Lidia Rodrigues v. Menu Foods, Inc., et al.
  MA  1  07-10797            Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

MAINE
  ME  2  07-54               Mara Brazilian v. Menu Foods Income Fund, et al.

MINNESOTA
  MN  0  07-1808             Stephanie Rozman v. Menu Foods Midwest Corp., et al.
  MN  0  07-2108             Wendy Krosschell v. Menu Foods Income Fund, et al.

MISSOURI WESTERN
  MOW 3  07-5041             Richard Schwinger v. Menu Foods, et al.

MISSISSIPPI SOUTHERN
  MSS 5  07-105              Sarah Cavin v. Menu Foods, et al.

NEVADA
  NV  2  07-686              Maragaret Picus v. Wal-Mart Stores, Inc., et al.
  NV  3  07-159              Marion Streczyn v. Menu Foods, Inc., et al.

NEW YORK SOUTHERN
  NYS 1  07-3236             Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

OHIO NORTHERN
  OHN 1  07-1018             Gregory Boehm v. Menu Foods, Inc., et al.

PENNSYLVANIA MIDDLE
  PAM 1  07-929              Dixie Keller v. Menu Foods Ltd., et al.

RHODE ISLAND
  RI  1  07-115              Carol Brown v. Menu Foods, Inc., et al.

TENNESSEE EASTERN
  TNE 3  07-98               Barbara Light v. Menu Foods Income Fund

WASHINGTON WESTERN
  WAW 2  07-575              Laura Migliore v. Menu Foods
  WAW 2  07-576              Gail Moran v. Menu Foods
  WAW 2  07-577              Sheryl Puett v. Menu Foods
  WAW 2  07-634              Daniel Ray Reeves v. Menu Foods
  WAW 2  07-666              Sheree A. Robinson v. Menu Foods
  WAW 2  07-667              Phyllis A. Ullman v. Menu Foods
  WAW 2  07-668              Elizabeth Palmer v. Menu Foods
  WAW 2  07-669              Jason Labbate v. Menu Foods
  WAW 2  07-670              Megan Whitt v. Menu Foods
  WAW 2  07-684              Linda Weitz v. Menu Foods
  WAW 2  07-685              Michelle Adams v. Menu Foods

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| --- | --- |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |

INVOLVED COUNSEL LIST (CTO-1)
DOCKET NO. 1850
IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

Charles H. Abbott
Gibson Dunn & Crutcher
333 South Grand Avenue
45th Floor
Los Angeles, CA 90071-3197

John H. Alexander
John H. Alexander & Associates
100 West Monroe Street
Suite 2100
Chicago, IL 60603

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place
Suite 1050
Providence, RI 02903-1516

Rene Lynn Barge
Class Action Litigation Group
11111 Santa Monica Blvd.
Los Angeles, CA 90025

Geroge S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

Eric J. Benink
Krause, Kalfayan, Benink & Slavens, LLP
625 Broadway
Suite 635
San Diego, CA 92101

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Bruce S. Bistline
Gordon Law Offices
623 West Hays Street
Boise, ID 83702-5512

Garrett D. Blanchfield Jr
Reinhardt, Wendorf & Blanchfield
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

Norman B. Blumenthal
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Jeniphr A.E. Breckinridge
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Rachel Laine Carnaggio
Godfrey & Lapuyade, P.C.
9557 South Kingston Court
Englewood, CO 80112-5952

Paul C. Catos
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Ilan J. Chorowsky
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Christy Comstock
21 West Mountain Street
Suite 300
Fayetteville, AR 72701

Barbara L. Croutch
Pillsbury Winthrop Shaw & Pittman
725 South Figueroa Street
Suite 1200
Los Angeles, CA 90017

Brian R. Cunha
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

James L. Davidson
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, IL 60606

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

Thomas M. Ferlauto
King & Ferlauto
1880 Century Park East
Suite 820
Los Angeles, CA 90067-1627

Luis Guillermo Figueroa
Attorneys Trial Group
540 North Semoran Blvd.
Orlando, FL 32807

Jack Michael Fribley
Faegre & Benson, LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Andrew H. Friedman
Helmer Friedman
723 Ocean Front Walk
Venice, CA 90291

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Robert B. Gerard
Gerard & Osuch, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, NV 89146

Jeremy Gilman
Benesch, Friedlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Paul Gordon
Paul Gordon, LLC
650 South Cherry Street
Suite 835
Denver, CO 80246

Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

Daniel E. Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN 55402

Susan M. Hack
Higgs, Fletcher & Mack, LLP
401 West A Street
Suite 2600
San Diego, CA 92101-1406

Jason Matthew Hatfield
Lundy & Davis, LLP
300 North College Avenue
Suite 309
Fayetteville, AR 72701

Bradley T. Hayes
804 State Street
Natchez, MS 39120

Bradley David Hergott
Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603

Harold M. Hewell
Hewell Law Firm
402 West Broadway
Fourth Floor
San Diego, CA 92101

Mick D. Hodges
Peterson Hodges & Harper
P.O. Box 3088
Twin Falls, ID 83303-5298

Charles H. Horn
Wright, Robinson, Osthimer & Tatum
44 Montgomery Street
18th Floor
San Francisco, CA 94104

William Gene Horton
Nolan, Caddell & Reynolds, P.A.
122 North 11th Street
Post Office Box 184
Fort Smith, AR 72902-0184

Don Howarth
Howarth & Smith
523 West Sixth Street
Suite 729
Los Angeles, CA 90014

Brian S. Inamine
Wright, Robinson, Osthimer & Tatum
888 South Figueroa Street
Suite 600
Los Angeles, CA 90017

D. Jeffrey Ireland
Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Frank Jablonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center, Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Robert A. Jigarjian
Jigarjian Law Office
128 Tunstead Avenue
San Anselmo, CA 94960

Jeffrey T. Kestle
Gardner, Bond, Trabolsi, St.
Louis & Clement
2200 Sixth Avenue
Suite 600
Seattle, WA 98121

Michael S. Kreidler
Stich, Angell, Kreidler &
Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401

Paul F. Linn
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave, Ste. 3300
Milwaukee, WI 53202

Carrie Ann Lubinski
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Gary E. Mason
Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Edward T. Matthews
Fredrikson & Byron
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

John J. McDonough
Cozen O'Connor, LLP
45 Broadway Atrium
Suite 1600
New York, NY 10006

Robert D. McIntosh
Adorno & Yoss, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33316-1159

Jennifer L. McKeegan
Gallagher, Sharp, Fulton & Norman
Bulkley Building
6th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Steven J. Merker
Dorsey & Whitney LLP
370 17th Street
Republic Plaza Building
Suite 4700
Denver, CO 80202-5647

Ethan A. Miller
Squire, Sanders & Dempsey, L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111

Daniel J. Mitchell
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

J. Chad Moore
270 Market Street
Millersburg, PA 17061

Michael S. Morrison
Schonbrun DeSimone Seplow Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291-3270

John F. Mullen
Cozen O'Connor
1900 Market Street
Fourth Floor
Philadelphia, PA 19103-3508

Dennis E. Murray Sr.
Murray & Murray Co., LPA
111 East Shoreline Dr.
P.O. Box 19
Sandusky, OH 44871

Michael David Myers
Myers & Co., P.L.L.C.
1809 Seventh Avenue
Suite 700
Seattle, WA 98101

Allison Beth Neidoff
Gibbons, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701

Gregory M. Nespole
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
11th Floor
New York, NY 10016

Marshall S. Ney
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758

William M. O'Mara
O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501

Gina E. Och
Murchison & Cumming
Chase Plaza
801 South Grand Avenue
9th Floor
Los Angeles, CA 90017-4613

Katherine J. Odenbreit
Class Action Litigation Group
13123 Garden Land Road
Los Angeles, CA 90049

Behram V. Parekh
Kirtland & Packard, LLP
2361 Rosecrans Blvd.
4th Floor
El Segundo, CA 90245-4923

David C. Parisi
Parisi & Havens
15233 Valleyheart Drive
Sherman Oaks, CA 91403

David A. Payne
Tom W. Cardin, P.C.
607 Main Street
Cassville, MO 65625

Terry M. Poynter
P.O. Box 370
Mountain Home, AR 72654-0370

Andrae P. Reneau
Wexler Toriseva Wallace, LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602

Eugene R. Richard
Wayne Richard & Hurwitz, LLP
One Boston Place
Suite 3620
Boston, MA 02108

Steven Lee Rodriguez
Cozen & O'Connor
425 California Street
Suite 2400
San Francisco, CA 94104

Daniel L. Rottinghaus
Berding & Weil
3240 Stone Valley Road West
Alamo, CA 94507

Edward B. Ruff III
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Steven E. Schwarz
Law Offices of Steven E. Schwarz
2461 W. Foster Avenue
#1W
Chicago, IL 60625

Richard Mark Segal
Pillsbury Winthrop Shaw & Pittman
101 West Broadway
Suite 1800
San Diego, CA 92101

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLC
4400 North Federal Highway
Suite 200
Lighthouse Point, FL 33064

Charles W. Spann
Perry & Spann
6130 Plumas Street
Reno, NV 89509

Dan Channing Stanley
Stanley & Kurtz, PLLC
422 South Gay Street
Third Floor
Knoxville, TN 37902

Michael L. Stoker
Johns, Flaherty & Rice, S.C.
205 Fifth Avenue South
Suite 600
P.O. Box 1626
La Crosse, WI 54602

Stuart C. Talley
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Mark John Tamblyn
Wexler, Toriseva, Wallace, LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815

Jennifer Reba Thomaidis
Thomaidis Law, LLC
1866 Vine Street
Denver, CO 80206

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Jeffrey R. Thompson
O'Neil, Parker & Williamson
416 Cumberland Avenue, S.W.
P.O. Box 217
Knoxville, TN 37902

Michael Patrick Turiello
Preztel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Adam T. Waskowski
Lord, Bissell & Brook, LLP
111 South Wacker Drive
Chicago, IL 60606

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Scott Wm. Weinstein
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Jeff S. Westerman
Milberg, Weiss & Bershad LLP
One California Plaza, Suite 3900
300 South Grand Avenue
Los Angeles, CA 90071

Jeffrey M. White
Pierce, Atwood, LLP
One Monument Square
Portland, ME 04101

Nicholas M. Wieczorek
Morris Polich & Purdy, LLP
3980 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109

Cheryl A. Williams
Milberg Weiss & Bershad
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

Shawn A. Williams
Millberg Weiss Bershad Hynes & Lerach, LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Brian D. Wright
Faruki, Ireland & Cox, PLLC
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

RULE 5.2:     SERVICE OF PAPERS FILED

(a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

(a) Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b) Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c) Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d) Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e) Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f) Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5: MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a) Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b) Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c) Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d) A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e) Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.