

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2007

FILED
CLERK'S OFFICE

07-20955-CIV

DOCKET NO. 1850

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE CTO-1 - TAG-ALONG ACTIONS
DOCKET NO. 1850
IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-376 | Scott Stacey, et al. v. Nestle SA, et al. |
| **ARKANSAS WESTERN** | |
| ARW 4 07-4036 | Kirby Cooper v. Menu Foods Income Fund, et al. |
| ARW 5 07-5065 | Sandra L. Gray, et al. v. Menu Foods, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-1987 | Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al. |
| CAC 2 07-2060 | Dawn Howe v. Menu Foods Ltd., et al. |
| CAC 2 07-2253 | Lois Grady, et al. v. Menu Foods Income Fund, et al. |
| CAC 2 07-2338 | Kelly Finestone v. Menu Foods, Inc., et al. |
| CAC 2 07-2476 | Richard Chamberlain v. Nestle SA, et al. |
| CAC 2 07-2779 | Ken Wahl, et al. v. Menu Foods Income Fund, et al. |
| CAC 2 07-2964 | Jayne Englander, et al. v. Menu Foods Income Fund, et al. |
| CAC 5 07-398 | Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 07-654 | Cheryl Carver v. Del Monte Foods Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-1809 | Sherry Ingles v. Menu Foods, Inc., et al. |
| CAN 3 07-2665 | Diane Lowery v. Menu Foods Income Fund, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-705 | Robert Payne, et al. v. Menu Foods, Inc., et al. |
| CAS 3 07-706 | Diane Swarberg v. Menu Foods Holding, Inc., et al. |
| CAS 3 07-734 | Hayley Ford, et al. v. Menu Foods Income Fund, et al. |
| CAS 3 07-951 | John Colliard v. Menu Foods, Inc., et al. |
| **COLORADO** | |
| CO 1 07-736 | Emily Tompkins v. Menu Foods Midwest Corp., et al. |
| **FLORIDA MIDDLE** | |
| FLM 2 07-235 | Maria Teresa Ferrarese v. Menu Foods, Inc., et al. |
| FLM 6 07-803 | George Birney, et al. v. Menu Foods, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 1 07-20955 | Stephen Donnelly, et al. v. Menu Foods, Inc., et al. |
| **IDAHO** | |
| ID 1 07-160 | Larry Klimes, et al. v. Menu Foods |
| **ILLINOIS NORTHERN** | |
| ILN 1 07-2162 | Heather Amro v. Menu Foods Income Fund, et al. |
| ILN 1 07-2183 | Gary Bruski v. Menu Foods, Inc., et al. |
| ILN 1 07-2211 | Raymond Demith, et al. v. Nestle Purina Petcare Co., et al. |
| ILN 1 07-2237 | Sonja Foxe v. Menu Foods, Inc., et al. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                               PAGE 2 OF 3

**DIST. DIV. C.A. #**                **CASE CAPTION**

MASSACHUSETTS
  MA  1  07-10745              Lidia Rodrigues v. Menu Foods, Inc., et al.
  MA  1  07-10797              Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

MAINE
  ME  2  07-54                 Mara Brazilian v. Menu Foods Income Fund, et al.

MINNESOTA
  MN  0  07-1808               Stephanie Rozman v. Menu Foods Midwest Corp., et al.
  MN  0  07-2108               Wendy Krosschell v. Menu Foods Income Fund, et al.

MISSOURI WESTERN
  MOW 3  07-5041               Richard Schwinger v. Menu Foods, et al.

MISSISSIPPI SOUTHERN
  MSS 5  07-105                Sarah Cavin v. Menu Foods, et al.

NEVADA
  ~~NV  2  07-686~~            ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~     Opposed 7-16-07
  NV  3  07-159                Marion Streczyn v. Menu Foods, Inc., et al.

NEW YORK SOUTHERN
  NYS 1  07-3236               Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

OHIO NORTHERN
  OHN 1  07-1018               Gregory Boehm v. Menu Foods, Inc., et al.

PENNSYLVANIA MIDDLE
  PAM 1  07-929                Dixie Keller v. Menu Foods Ltd., et al.

RHODE ISLAND
  RI  1  07-115                Carol Brown v. Menu Foods, Inc., et al.

TENNESSEE EASTERN
  TNE 3  07-98                 Barbara Light v. Menu Foods Income Fund

WASHINGTON WESTERN
  WAW 2  07-575                Laura Migliore v. Menu Foods
  WAW 2  07-576                Gail Moran v. Menu Foods
  WAW 2  07-577                Sheryl Puett v. Menu Foods
  WAW 2  07-634                Daniel Ray Reeves v. Menu Foods
  WAW 2  07-666                Sheree A. Robinson v. Menu Foods
  WAW 2  07-667                Phyllis A. Ullman v. Menu Foods
  WAW 2  07-668                Elizabeth Palmer v. Menu Foods
  WAW 2  07-669                Jason Labbate v. Menu Foods
  WAW 2  07-670                Megan Whitt v. Menu Foods
  WAW 2  07-684                Linda Weitz v. Menu Foods
  WAW 2  07-685                Michelle Adams v. Menu Foods

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| | |
|---|---|
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |

| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

July 20, 2007

REPLY TO: CAMDEN

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL1850 In Re: Pet Food Products Liability Litigation

    District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring certain action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Please see the attached list for the cases that pertain to your Court.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                            Sincerely,

                                            WILLIAM T. WALSH, Clerk

                                            s/Marcy Barratt
                                            Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation